

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00085-CV

JOHN WINNETT AND KIM LEIDY, Appellants

V.

GARY KAVAN, Appellee

On Appeal from the County Court at Law
Fannin County, Texas
Trial Court No. CV-2012-7047

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

John Winnett and Kim Leidy, appellants, have filed a motion seeking to dismiss their appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.


Bailey C. Moseley
Justice


Date Submitted:    October 22, 2013
Date Decided:      October 23, 2013